# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EVELYN ZEHRING, | ) Case No. 2:21-cv-05881 |
| Plaintiff, | ) |
| v. | ) JUDGE MICHAEL H. WATSON |
| | ) MAGISTRATE JUDGE KIMBERLY A. |
| ALTERCARE NEWARK SOUTH, INC., et al., | ) JOLSON |
| Defendant. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 7th day of April, 2022.

| | |
|---|---|
| */s/Trisha M. Breedlove* | */s/Robert C. Pivonka* (email approval 4/7/22) |
| Trisha M. Breedlove (0095852) | Robert C. Pivonka (0067311) |
| **SPITZ, THE EMPLOYEE'S LAW FIRM** | Christopher G. Kuhn (0082822) |
| 1103 Schrock Road, Suite 307 | Rolf Goffman Martin Lang LLP |
| Columbus, Ohio 43229 | 31105 Bainbridge Road, Suite 4 |
| Telephone: (216) 291-4744 | Cleveland, Ohio 44139 |
| Facsimile: (216) 291-5744 | Telephone: (216) 514-1100 |
| trisha.breedlove@spitzlawfirm.com | Facsimile: (216) 682-2130 |
| *Counsel for Plaintiff* | pivonka@rolflaw.com |
| | kuhn@rolflaw.com |
| | *Counsel for Defendant* |